UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
AGUSTIN SAUL VALERIANO VILLAREAL et al.,

                Plaintiffs,

   -against-

SJG FOODS LLC et al.,

                Defendants.
------------------------------------x

------------------------------------x
ISIDRO MENDOZA et al.,

                Plaintiffs,

   -against-

TRIBECA RESTAURANT LLC et al.,

                Defendants.
------------------------------------x

ORDER

17 Civ. 8322 (GBD)
17 Civ. 8337 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-mentioned FLSA consolidated actions have reached a settlement and jointly move for an order approving the settlement. (ECF Nos. 71 and 73.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $232,299.25 is approved;

2. The payment of attorneys' fees and costs to Plaintiffs' attorneys in the amount of $117,700.75 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
November 1, 2019

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge